# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Berger/Cummins JV ) | ASBCA Nos. 59427, 59428 |
| ) | |
| Under Contract No. W912BU-10-D-0016 ) | |

APPEARANCES FOR THE APPELLANT:  David M. Nadler, Esq.
               David Y. Yang, Esq.
               Scott Arnold, Esq.
               Christian N. Curran, Esq.
                Blank Rome LLP
                Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
                Engineer Chief Trial Attorney
               Amanda G. Phily, Esq.
               Maria Kolokithias, Esq.
                Engineer Trial Attorneys
                U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: September 17, 2018

                MARK A. MELNICK
                Administrative Judge
                Armed Services Board
                of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59427, 59428, Appeals of Berger/Cummins JV, rendered in conformance with the Board's Charter.

Dated:

                JEFFREY D. GARDIN
                Recorder, Armed Services
                Board of Contract Appeals